**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6906

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KEITH PYNDELL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:15-cr-00024-AJT-1)

Submitted:  October 20, 2023                    Decided: November 20, 2023

Before RICHARDSON and BENJAMIN, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Keith Pyndell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Pyndell appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. Because Pyndell does not dispute the district court's finding that neither his medical conditions nor his family circumstances constituted an extraordinary and compelling basis for relief, we consider those issues waived. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). In addition, we agree with the court's determination that Pyndell cannot use a compassionate release motion to attack the validity of his criminal judgment. *United States v. Ferguson*, 55 F.4th 262, 270 (4th Cir. 2022).

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*